**Electronically Filed
Supreme Court
SCAD-11-0000162
28-NOV-2011
03:46 PM**

SCAD-11-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

EARLE A. PARTINGTON, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-079-8913)

ORDER DENYING MOTION FOR RECONSIDERATION OF
ORDER OF SUSPENSION AND FOR STAY OF ALL PROCEEDINGS

(By: Recktenwald, C.J., Duffy, J., and Intermediate Court
of Appeals Chief Judge Nakamura, in place of Acoba, J., recused;
with Nakayama, J., dissenting in part, in which McKenna, J.,
joins, regarding the motion for reconsideration)

Upon review of Respondent Earle A. Partington's Motion for Reconsideration and For A Stay of All Proceedings, the Office of Disciplinary Counsel's Opposition to the Motion Seeking Stay Of All Proceedings, the rules, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration and for a stay of all proceedings is denied.

DATED: Honolulu, Hawai'i, November 28, 2011.

/s/ Mark E. Recktenwald

/s/ James E. Duffy, Jr.

/s/ Craig H. Nakamura

